UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>S. URIATE,<br><br>　　　　　Defendant. | 1:18-cv-00269-AWI-GSA-PC<br><br>ORDER STRIKING NOTICE FOR LACK OF SIGNATURE<br>(ECF No. 8.) |

**I.　BACKGROUND**

　　Anthony Scott Berringer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2018, Plaintiff filed a notice consisting of various forms that are only partially completed, and unsigned. (ECF No. 9.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice, filed on March 8, 2018, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:　**March 15, 2018**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE