UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. URIATE,<br><br>　　　　Defendant. | 1:18-cv-00269-AWI-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENA<br>(ECF No. 13.) |

　　　　Anthony Scott Berringer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 26, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

　　　　On March 22, 2018, Plaintiff filed a subpoena to command defendant Uriate to testify at a deposition. (ECF No. 13.) The court construes this as a request for issuance of a deposition subpoena.

　　　　Plaintiff's request shall be denied because it is not time for depositions in this case. The discovery phase for this case has not been opened. Plaintiff is advised that the court will issue a scheduling order opening discovery after the Complaint has been served and one or more of the defendants has filed an Answer to the Complaint. At this stage of the proceedings the court has not completed it's screening of the Complaint. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states cognizable claims.

Therefore, it is not time for discovery in this action and Plaintiff's request to proceed with discovery at this stage of the proceedings shall be denied as premature.

For the reasons set forth above, IT IS HEREBY ORDERED that Plaintiff's request for the issuance of a subpoena, filed on March 22, 2018, is DENIED as premature.

IT IS SO ORDERED.

Dated: **March 27, 2018**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE