UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER,<br><br>          Plaintiff,<br><br>  vs.<br><br>S. URIATE,<br><br>          Defendant. | 1:18-cv-00269-AWI-GSA-PC<br><br>ORDER STRIKING NOTICE FOR LACK OF SIGNATURE<br>(ECF No. 11.) |

     Anthony Scott Berringer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2018, Plaintiff filed a notice of consent to the jurisdiction of a Magistrate Judge. (ECF No. 11.) Plaintiff's notice is not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice, filed on March 22, 2018, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

    Dated:   **March 27, 2018**                  **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE