# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERRINGER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>S. URIATE,<br><br>　　　　Defendant. | 1:18-cv-00269-AWI-GSA-PC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br>(ECF No. 28.) |

　　　On April 30, 2018, Plaintiff filed a motion seeking the appointment of counsel. (ECF No. 28.) This case was dismissed on April 23, 2018, under 28 U.S.C. § 1915(g). (ECF No. 26.) Therefore, Plaintiff's motion is moot and shall be denied as such.

　　　Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel filed on April 30, 2018, is DENIED as moot.

IT IS SO ORDERED.

　　Dated: __**May 1, 2018**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE